**Order entered December 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00822-CR

### DAVID L. SCHNITZER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court of Appeals No. 1
### Dallas County, Texas
### Trial Court Cause No. MC15-A-1884-D

## ORDER

The Court **REINSTATES** the appeal.

On September 16, 2015, we granted appellant's motion to abate the appeal to allow him to pursue an expunction of the order underlying the habeas corpus proceeding. The Court has now received appellant's motion to dismiss this appeal. We will dispose of the motion to dismiss in due course.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE